D+F
C/F
Order

The U.S. Attorney is directed to respond to this letter within 15 days of this order

s/Edward Korman
ERDT
6/14/06

# FRANK TRIFILIO
5 Fremont Avenue
Staten Island, New York 10306
718-667-5960

June 9, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 14 2006 ★
BROOKLYN OFFICE

VIA FACSIMILE (718)613-2477
Hon. Edward R. Korman
United States District Court
Eastern District of New York

Re: Frank Trifilio v. Joanne B. Barnhart, Commissioner of Social Security
04-CV-5080 (ERK) (MDG)

Dear Hon. Edward R. Korman:

I am the Plaintiff in the above-referenced matter. On December 20, 2005, your honor issued a Memorandum & Order remanding the matter to the Commissioner of Social Security for further consideration.

To date, the case has not yet been reconsidered by Social Security. I went to the Social Security office and provided them with a copy of the Memorandum & Order. The clerk at the Social Security office informed me that I must await a decision from your honor as to whether I am entitled to social security disability benefits. Despite my repeated attempts to explain to the clerk that the Order clearly remands the case for reconsideration from social security, the clerk responded "Don't tell me how to do my job." She said only that she would put a copy of the Order in my file and that I should await a decision from your honor.

I respectfully request that the Court issue an order that Social Security reconsider this matter or in the alternative advise me as to what other action I must take.

Any assistance you can provide would be greatly appreciated.

Respectfully yours,

Frank Trifilio

cc: Leslie Ramirez-Fisher, Assistant US Attorney
    Via facsimile 718-254-6550